Dorothea Sager, Plaintiff-Appellant, v. Paul Steele, et al., Defendants, Henry C. Husmann and William Thompson, Defendants-Appellees.

Gen. No. 10,132.

Third District.

February 21, 1958.

Released for publication March 10, 1958.

R. W. Deffenbaugh, for plaintiff-appellant; Roy M. Rhodes, for defendants-appellees. Opinion by PRESIDING JUSTICE CARROLL. Not to be published in full.